AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2022

SEAN F. McAVOY, CLERK

VINCE B., )
*Plaintiff* )
v. ) Civil Action No. 4:20-cv-5168-EFS
)
)
KILOLO KIJAKAZI, )
ACTING COMMISSIONER OF SOCIAL SECURITY,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The decision of the ALJ is AFFIRMED. Plaintiff's Motion for Summary Judgment, ECF No. 19, is DENIED. The Commissioner's Motion for Summary Judgment, ECF No. 20, is GRANTED. JUDGMENT entered in favor of the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   EDWARD F. SHEA   on parties' cross summary-judgment motions.

Date:  03/24/2022

CLERK OF COURT

SEAN F. McAVOY

s/Lilly Savchuk
*(By) Deputy Clerk*

Lilly Savchuk